## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| IN RE: | BANKRUPTCY CASE NO: |
| **LOUIS M. LESNIAK,** | 09-10206 |
| Debtor. | Chapter 7 |

**WILLIAM K. HARRINGTON,**
United States Trustee

       Plaintiff,

v.

ADVERSARY NO.: 10-1021

**LOUIS A. LESNIAK**

       Defendant.

## MOTION TO DISMISS ADVERSARY PROCEEDING

Plaintiff,  the United States Trustee (the "UST") hereby moves to dismiss the above-captioned adversary proceeding, stating.

1.  On April 13, 2010, the UST initiated this adversary proceeding by filing a complaint pursuant to section 727 seeking to deny the discharge of Louis M. Lesniak ("Debtor").

2.  The Debtor filed an answer on on May 12, 2010.  The Joint Pre-Trial Order (the "JPTO") was due on January 31, 2010.

3.  Prior to the JPTO deadline, however, the Debtor converted his case to chapter 13.

4.  Because the Debtor is no longer seeking the relief the UST sought to deny, *i.e.*, a chapter 7 discharge, the UST seeks dismissal without prejudice.

WHEREFORE, the United States Trustee respectfully requests this Court dismiss the within adversary proceeding without prejudice, and for such other and further relief as is just and equitable,

Respectfully submitted,

WILLIAM K. HARRINGTON
Plaintiff, United States Trustee

 /s/ *Sandra Nicholls*
Sandra Nicholls
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee
10 Dorrance Street, Suite 910
Providence, RI 02903
Tel: (401) 528-5551
sandra.nicholls@usdoj.gov

### CERTIFICATION OF SERVICE

I hereby certify that on March 9, 2011, I electronically filed the Motion to Dismiss in the above captioned matter with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System.  The following participant is scheduled to receive notice electronically:

Russell D. Raskin mail@raskinberman.com, russell@raskinberman.com

/s/ *Sandra Nicholls*
Sandra Nicholls